**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:18-cv-62183-RNS**

THOMAS KINNE,

    Plaintiff,

v.

IMED HEALTH PRODUCTS, LLC, a dissolved Florida
Corporation, and CHRISTOPHER MCCALL, an individual

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AND JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court on the parties' Joint Motion to Approve Settlement and Joint Stipulation of Dismissal with Prejudice, the Court has considered the Motion and the pertinent record, and is otherwise fully advised in the premises, it is

**ORDERED AND ADJUGED** that:

1. The Joint Motion to Approve Settlement and Joint Stipulation of Dismissal with Prejudice is **GRANTED**;

2. The Settlement Agreement among the Parties is hereby approved as being fair and reasonable and resolves the many disputed issues of law and fact remaining in this action, many of which the Court is aware, from the motions and pleadings filed in the case thus far in accordance with *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11thCir.1982).

3. The case is **DISMISSED** with prejudice.

4. The Court retains jurisdiction of this cause solely for the purpose of enforcing the parties' settlement agreement per *Anago Franchising, Inc. v. Shaz*, LLC, 677 F.3d 1272, 1280 (11th Cir. 2012)

**DONE AND ORDERED** in Chambers, in Miami, Florida, on _____, 2019.

_____
Robert N. Scola, Jr.
United States District Judge

Copies Furnished:
Counsel of Record