UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:18-cv-62183-RNS

THOMAS KINNE,

    Plaintiff,

v.

IMED HEALTH PRODUCTS, LLC,
a dissolved Florida Corporation,
and CHRISTOPHER MCCALL, an individual

    Defendants.
_____/

## PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

Plaintiff, THOMAS KINNE ("KINNE or "Plaintiff"), by and through his undersigned counsel, hereby files this Motion to Enforce Settlement Agreement and states as follows:

1. On September 17, 2019, Plaintiff filed a Notice of Settlement [ECF No. 30].

2. Plaintiff executed a Settlement Agreement ("Agreement") with Defendants, IMED HEALTH PRODUCTS, LLC and CHRISTOPHER MCCALL on October 14, 2019. A fully executed Agreement was received by Plaintiff's counsel on November 8, 2019.

3. On November 8, 2019, the parties filed a Joint Motion for Settlement Approval and Joint Stipulation of Dismissal [ECF No. 32], wherein a copy of the Agreement was attached for the Court's review.

4. Pursuant to the Agreement, the settlement payment "shall be delivered in one payment within thirty calendar (30) days from the date the Court approves the terms of this Agreement and enters an order dismissing this matter with prejudice."

5. The Court entered an Order [ECF No. 33] approving the Agreement on November 18, 2019. The settlement payment was therefore due on December 18, 2019. Plaintiff has not received the payment as of the filing of this Motion.

6. Pursuant to Local Rule 7.1, the undersigned firm has made several attempts to confer with counsel for Defendants, Adi Amit, Esq., by both emails and phone calls, with no success.

7. Specifically, the undersigned sent an email on December 11, 2019 and December 19, 2019 to remind Mr. Amit of the payment, to which no response was received. A copy of the emails are attached hereto as Exhibit 1.

8. The undersigned office called Mr. Amit's office on December 18, 2019, and left a detailed voice message. The undersigned office also called Mr. Amit's office on December 20, 2019 and December 23, 2019 to follow up, but was only able to speak to the receptionist and left a message.

9. Mr. Amit's office has failed to respond in any way to advise the status of the settlement payment as of the filing of this Motion.

10. Plaintiff therefore respectfully requests that the Court enters an Order to enforce the Agreement.

11. Pursuant to the Agreement, Plaintiff is also entitled to attorney's fees and costs if Plaintiff is the prevailing party for this Motion to Enforce Settlement Agreement.

12. The undersigned certifies that this Motion is made in good faith and that it is in the interest of justice to grant the requested relief.

13. A Proposed Order granting the foregoing Motion is attached hereto.

Dated: December 23, 2019

                                               LAW OFFICES OF CHARLES EISS, P.L.
                                               Attorneys for Plaintiff
                                               7951 SW 6th Street, Suite 112
                                               Plantation, Florida 33324
                                               (954) 914-7890 (Telephone)
                                               (855) 423-5298 (Facsimile)

                                     By:  <u>/s/ CHARLES EISS</u>
                                               CHARLES M. EISS, Esq.
                                               Fla. Bar #612073
                                             chuck@icelawfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of December, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Charles Eiss
CHARLES EISS, ESQ.

## SERVICE LIST

**United States District Court**
**Southern District of Florida**
*Kinne v IMED Health Products, LLC et al*
Case No.: 0: 18-cv-62183-RNS

Charles M. Eiss, Esq.
Florida Bar No. 612073
Email: chuck@icelawfirm.com
**Law Offices of Charles Eiss, P.L.**
7951 SW 6th Street, Suite 112
Plantation, Florida 33324
Tel: (954) 914-7890
Fax: (855) 423-5298

*Attorneys for Plaintiff*

Adi Amit, Esq.
Adi Amit, P.A.
101 Centre
101 N.E. Third Avenue, Suite 300
Fort Lauderdale, Florida 33301
Phone: (954) 533-5922
E-mail: Adi@DefenderOfBusiness.com

*Attorneys for Defendants*

Method of Service: CM/ECF

4