

Tiexin Yang <tiexin@icelawfirm.com>

## Reminder

**Chuck Eiss** <chuck@icelawfirm.com>  
To: Adi Amit <adi@defenderofbusiness.com>  
Cc: Tiexin Yang <tiexin@icelawfirm.com>

Wed, Dec 11, 2019 at 12:14 PM

The Kinne payment is due on Monday. Please have your client pay on time as I do not want to move to enforce, but I can advise in advance that I will have to do so if payment is not timely received.

*Representing Employers and Employees*

Chuck Eiss  
Law Offices of Charles Eiss, P.L.  
7951 SW 6th Street  
Suite 112  
Plantation, Florida 33324  
954.914.7890 (office)  
954.812.9513 (cell)  
855-icelaw-8 (423-5298) (fax)  
chuck@icelawfirm.com  

Please note the change in Suite Number Effective July 1, 2019.



This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the Law Offices of Charles Eiss, P.L. for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.



Tiexin Yang <tiexin@icelawfirm.com>

## Kinne Check is overdue

**Chuck Eiss** <chuck@icelawfirm.com>  Thu, Dec 19, 2019 at 3:24 PM
To: Adi Amit <adi@defenderofbusiness.com>
Cc: Tiexin Yang <tiexin@icelawfirm.com>, Milena Amit <milena@defenderofbusiness.com>

Unfortunately, if I do not have a response from you by noon tomorrow on the status of the check, I have no option but to file a Motion to Enforce and seek additional fees. Since I am leaving town on Saturday, the motion will be filed tomorrow.

*Representing Employers and Employees*

Chuck Eiss
Law Offices of Charles Eiss, P.L.
7951 SW 6th Street
Suite 112
Plantation, Florida 33324
954.914.7890 (office)
954.812.9513 (cell)
855-icelaw-8 (423-5298) (fax)
chuck@icelawfirm.com

**Please note the change in Suite Number Effective July 1, 2019.**



This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the Law Offices of Charles Eiss, P.L. for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.