**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:18-cv-62183-RNS**

THOMAS KINNE,

    Plaintiff,

v.

IMED HEALTH PRODUCTS, LLC, a dissolved Florida
Corporation, and CHRISTOPHER MCCALL, an individual

    Defendants.

_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO**
**ENFORCE SETTLEMENT AGREEMENT**

**THIS MATTER** having come before the Court on Plaintiff's Motion to Enforce Settlement Agreement, the Court has considered the Motion and the pertinent record, and is otherwise fully advised in the premises, it is

**ORDERED AND ADJUGED** that Plaintiff's Motion to Enforce Settlement Agreement is **GRANTED**.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on _____, 2019.

 

                                                                      Robert N. Scola, Jr.
                                                                      United States District Judge

Copies Furnished:
Counsel of Record